# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 24, 2021

Lyle W. Cayce
Clerk

No. 20-40680
Conference Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Bridget Marie Dobrovolsky,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Texas
No. 4:19-CR-242-9

Before Smith, Stewart, and Higginson, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Bridget Dobrovolsky has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Dobrovolsky has filed a *pro se* response and motion for appointment of substitute counsel. The

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

Case: 20-40680    Document: 00515912884    Page: 2    Date Filed: 06/24/2021

No. 20-40680

record is not sufficiently developed to allow us to make a fair evaluation of Dobrovolsky's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief, relevant portions of the record, and Dobrovolsky's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. The motion for appointment of substitute counsel is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir. 1998).